**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Sharon Few

    v.                        Case No. 06-cv-427-SM

Liberty Mutual Insurance
Company, et al.

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted.

    **SO ORDERED.**

                                /s/ Steven J. McAuliffe
                                United States District Judge

Date: 1/24/07

cc:   Sharon Few