UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sharon Few

      v.                    Case No. 06-cv-427-SM

Liberty Mutual Insurance Company, et al.


O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 16, 2007, recommending dismissal of the FOIA, age discrimination, race discrimination, Fourth, Eighth and Fourteenth Amendments, and miscellaneous federal constitutional claims as well as State law claims.   While defendants make lucid points, they are better made in a motion to dismiss or for summary judgment, rather than in an objection to the magistrate judge's preliminary (and necessarily deferential)  review.

SO ORDERED.


July 24, 2007                                                    _____
                                                                 Steven J. McAuliffe
                                                                 Chief Judge

cc:    Sharon Few, Pro Se
       Jeffrey Brody, Esq.