UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Sharon Few,
    Plaintiff

    v.                                    Civil No. 07-cv-427-SM

Liberty Mutual Insurance Company, et al.,
    Defendants.

**O R D E R**

Re: (Document No. 46)
    Plaintiff's Request for Oral Arguments Under LR 7.1(d)

**Ruling**: Denied.  While the court ordinarily will routinely grant requests for oral argument when requested by any party, a review of the motion and relevant pleadings discloses that plaintiff's primary concern relates to the validity of the Stalk affidavit.  Oral argument on that and related points is simply not required and would not be helpful.  The Stalk affidavit was properly filed and plaintiff raises no legitimate question regarding its authenticity.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

October 11, 2007

cc: Sharon Few, pro se
    Guy P. Tully, Esq.
    Jeffrey S. Brody, Esq.