UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sharon Few

    v.            Civil No. 06-cv-427-JL

Liberty Mutual Insurance Company et al


O R D E R


  There are ample grounds for the motion to strike. In light of the plaintiff's status as a pro se litigant, however, the plaintiff is granted leave to make a third attempt at filing a Joint Statement of Material Facts.   The plaintiff shall serve on the defendants, no later than February 6, 2008, a proposed Joint Statement of Material Facts.

  The defendants shall serve on the plaintiff their proposed additions or deletions on or before February 21, 2008.  Within 15 days of such service by the defendants, the plaintiff shall file a joint statement of material facts, fully compliant with Local Rule 9.4(b), containing all agreed-upon facts and record citations. Any material facts still in dispute shall be listed by the parties in separate statements, also including record citations in support the filing party's disputed facts, on or before 15 days from the first filing of facts still in dispute.

  SO ORDERED.

29 January 2008            /s/ Joseph N. Laplante
                   Joseph N. Laplante
                   United States District Judge


cc: Guy P. Tully, Esq.
   Jeffrey Scott Brody, Esq.
   Sharon Few, Pro se