```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE
```

Sharon Few

     v.                             Civil No. 06cv427-JL

Liberty Mutual Insurance
Company et al.


**O R D E R**

Plaintiff's motion to strike (document #83) is DENIED.  With respect to defendants' previous motion to strike (document #75): (a) their motion to dismiss plaintiff's case is DENIED; (b) their motion to strike the plaintiff's statement of facts is GRANTED.

The plaintiff may file a statement of facts that does not include any (or simply redacts all) of the statements specified on pp. 2-4 in the defendants' motion to strike (document #75), and that includes no additional facts, on or before **May 16, 2008**. If the plaintiff does not file such a complaint, the court will strike the specified statements and enter the modified statement, with no other additions or deletions, on the plaintiff's behalf, and will rely on the court-entered statement in its consideration of the parties' motions for judgment.

The court advises the plaintiff that its continued allegations of misconduct by defendants' counsel are not well-received by the court.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 8, 2008

cc:   Sharon Few, pro se
      Guy P. Tully, Esq.
      Jeffrey Scott Brody, Esq.