UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Sharon Few

    v.                          Civil No. 06-cv-00427-JL

Liberty Mutual Insurance
Company et al.

**O R D E R**

The plaintiff's Motion to Extend Time to File Motion for Judgment (document #89) is **GRANTED IN PART**. Given that the plaintiff has pleaded that she intends to amend her Statement of Facts as required by the court's order on the defendant's motion to strike, the court grants her a one-week extension from that date, until **May 23, 2008**, to file her motion for judgment.

Defendant's motion to dismiss (document #91) is taken under advisement until on or after **May 24, 2008**.

Plaintiff's motion to compel (document #90) is **DENIED** as it fails to comply with Local Rule 7.1(c)'s required certification that a good faith attempt was made to obtain concurrence from the defendants.

**SO ORDERED.**

                                              /s/ Joe Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Dated:  May 13, 2008

cc:  Sharon Few, pro se
     Jeffrey Scott Brody, Esq.
     Guy P. Tully, Esq.