UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Sharon Few

    v.                      Civil No. 06-cv-427-JL

Liberty Mutual Insurance
Company et al.


**O R D E R**


The court has reviewed the parties' myriad motions to compel, for sanctions, to strike, for discovery, for extensions, and for dismissal.  The court has bent over backwards (see endorsed orders of 1/30/08, 2/11/08, 4/8/08, 4/21/08, 5/5/08, documents nos. 88 and 92) to accommodate the pro se plaintiff, who appears to have unlimited energy and ability to engage in inflammatory motion practice, but claims an inability, due to exhaustion, stress, and illness, to address the merits of her claim by making the required filings under Local Rule 9.4.

    To the extent the plaintiff's "Notice of Appeal" (document no. 98) is a motion or petition to this court to file an interlocutory appeal under 28 U.S.C. § 1292 or Federal Rule of Appellate Procedure 5, the motion/petition is DENIED.  Appeals on some of the orders referenced in the "Notice" are time-barred; none of the issues referenced in the "Notice" have any likelihood

whatsoever of being accepted by the Court of Appeals for appellate review.

Defendants' motion for leave to file reply (document no. 86) is GRANTED.

Plaintiff's motion/request for production of documents (document no. 102) is DENIED pursuant to Local Rule 9.4(d).

Plaintiff's motion for an extension of time (document no. 101) is GRANTED because the court did not address it timely, and not because it has merit.  The motion for judgement shall be filed on or before **June 20, 2008**.  If plaintiff has not filed the motion by that date, the defendants may file their motion for judgment on or before **July 20, 2008**.  If the plaintiff wishes, she may file a Statement of Facts in compliance with the court's May 8, 2008 order (document no. 88), as the court finds and rules that her May 16, 2008 filing does not comply with that order.  If not, the parties may proceed on the Statement of Facts filed by the defendants (document no. 68).  The plaintiff should note that the court is well aware of her arguments pertaining to affidavits filed by defense counsel, and is more than able to evaluate the validity of those affidavits and defendants' counsel's compliance with the Federal Rules of Civil Procedure and Local Rules.

**All other pending motions are DENIED, without prejudice** to being revisited both *sua sponte* and at a party's request made no

sooner than 10 days after the filing of the defendant's motion for judgment.  **No other motions will be entertained by the court until on or after that date**.  The court has no interest in the parties' procedural skirmishing (which has been caused, in fairness to defendants' counsel, primarily by the plaintiff's conduct as a pro se litigant), and is interested solely in facilitating the litigation of the merits of the case.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 4, 2008

cc:   Sharon Few, pro se
      Guy P. Tully, Esq.
      Jeffrey Scott Brody, Esq.